IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOYCE ANN EUBANKS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **09-2-CJP** |
| ) | |
| **WAL-MART STORES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' stipulation for dismissal. **(Doc. 22).**

**IT IS HEREBY ORDERED** that, in accordance with the parties' stipulation, this action is dismissed with prejudice, each party to bear its own costs. Final judgment shall enter accordingly.

**IT IS SO ORDERED.**

**DATED: September 2, 2009**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**