# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOYCE ANN EUBANKS, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 09-2-CJP |
| WAL-MART STORES, INC., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action is dismissed with prejudice, each party to bear its own costs in accordance with Order entered by United States Magistrate Judge Clifford J. Proud on September 2, 2009 (Doc. 23).

**DATED**: September 2, 2009

**JUSTINE FLANAGAN, ACTING, CLERK**

BY: **S/Angela Vehlewald**
Deputy Clerk

Approved by **S/Clifford J. Proud**
**United States Magistrate Judge
Clifford J. Proud**